ERRATA

*Blink Design, Inc. v. United States*, Court No. 14-00032, Slip Op. 14-56, dated May 21, 2014.

Page 1:  In the list of Defendant's counsel, "Paul Smith" should be "Paula Smith."

May 27, 2014